IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARRY L. McCALL,            ) | |
|     Plaintiff,            ) | |
|     v.                       ) | CIVIL ACTION NO. |
|                               ) | 2:11cv696-MHT |
| ROBERT BENTLEY, in his      ) | (WO) |
| official capacity as        ) | |
| Governor of the State of    ) | |
| Alabama, et al.,            ) | |
|     Defendants.          ) | |

OPINION

Plaintiff filed this lawsuit challenging his arrest and detention. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for lack of jurisdiction. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of March, 2012.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**