IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY L. McCALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:11cv696-MHT |
| | ) | (WO) |
| ROBERT BENTLEY, in his | ) | |
| official capacity as | ) | |
| Governor of the State of | ) | |
| Alabama, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 34) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 33) is adopted.

(3) This lawsuit is dismissed without prejudice for

     lack of jurisdiction

It is further ORDERED that all outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of March, 2012.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE